UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| ███████████████████████████, | |
|---|---|
| PLAINTIFF, | |
| v. | CASE NO.: 1:21-CV-06135 |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | |
| DEFENDANTS. | |

# EXHIBIT 1

**This Document Is Fully Redacted**