UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XYZ CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A<br><br>DEFENDANTS. | CIVIL ACTION NO.: 1:21-CV-06135 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL AND TEMPORARILY PROCEED UNDER A PSEUDONYM**

Plaintiff, XYZ Corporation ("Plaintiff"), by its undersigned counsel, seeks this Court's authorization for leave to file certain documents under seal, and to temporarily proceed under a pseudonym in an action arising out of 17 U.S.C. § 101, *et seq.*, of the Federal Copyright Act, and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510, *et seq*. Plaintiff's Memorandum of Law in Support of this Motion has been concurrently filed.

Dated: November 18, 2021

Respectfully submitted,

*/s/ Sofia Quezada*
Ann Marie Sullivan
Alison Carter
Sofia Quezada
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: attorney@amsullivanlaw.com

***ATTORNEYS FOR PLAINTIFF***