UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XYZ CORPORATION,<br><br>    PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A<br><br>    DEFENDANTS. | CIVIL ACTION NO.: 1:21-CV-06135 |

## DECLARATION OF ANN MARIE SULLIVAN

I, Ann Marie Sullivan, of the City of Chicago, in the State of Illinois, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, XYZ Corporation ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I have experience filing trademark and copyright infringement and anti-counterfeiting litigation involving primarily foreign-based defendants, and I have knowledge of the behaviors of the defendants' activities after filing cases.

3. Third-parties routinely work in concert with accused counterfeiters in an effort to facilitate evading enforcement efforts.

4. One such third-party is an entity doing business as "Sellerdefense," a Chinese organization and website that monitors counterfeit enforcement lawsuits in this Judicial District.

1

5. When Sellerdefense observes a trademark-holder having filed a lawsuit, it announces this activity on its website, posting the Complaint and all other public pleadings, and recommend that sellers cease their counterfeiting activity, liquidate their associated financial accounts, and change the payment processors that they currently use to accept payments in their online stores.

6. Attached as Exhibit 3 – Part 1 to the Declaration of Sandy Zhuang, is a certified translation of a true and correct copy of the article titled: "The case of Shaun the Sheep has been represented by AM Sullivan Law, LLC. Please take down relevant products to avoid lawsuits . . . " *See* https://sellerdefense.cn/shaun-the-sheep-new-case/ (Last Accessed: September 13, 2021).

7. Attached as Exhibit 3 – Part 2 to the Declaration of Sandy Zhuang, is a certified translation of a true and correct copy of the article titled: "Anonymous case showed UFC was represented by AMS, and Wish started to suspend merchant stores, withdraw your items now!" *See* https://sellerdefense.cn/ufcnew/ (Last Accessed: September 13, 2021).

8. The articles attached in Exhibit 3 – Parts 1 and 2 to the Declaration of Sandy Zhuang, regarding the disclosure of the Plaintiff's name in two other cases, have between 1,441 and 1,636 views respectively, and caution sellers to remove their products and funds from associated accounts as soon as possible.

9. In another article posted on the SellerDefense website, which also has upwards of 1,371 views, a screenshot of the chat group that sellers are involved in can be seen, as the SellerDefense website provides links to over 15 "WeChat" or "QQ" groups, all of which have reached their maximum capacity. Attached as Exhibit 3 – Part 3 to the Declaration of Sandy Zhuang is a certified translation of true and correct copies of the aforementioned article.

10. Attached as Exhibit 3 – Part 3 to the Declaration of Sandy Zhuang, is a certified translation of a true and correct copy of the article titled: "Urgent! Take down SHERLOCK

HOLMES items now, an army of sellers got suspended!" See https://sellerdefense.cn/ams-sherlock-21cv929/ (Last Accessed: September 13, 2021).

11. In yet another article, SellerDefense details all clients and brands represented by AM Sullivan Law, LLC, and discusses the process of trying to ascertain the Plaintiff's name. Attached as Exhibit 3 – Part 4 to the Declaration of Sandy Zhuang, is a certified translation of a true and correct copy of the article titled: "Caution! AMS started two anonymous cases recently, the brand it represents are attached!" See www.sellerdefense.cn/amsagencybrand (Last Accessed: September 13, 2021). *See also:* "What Brands Represented by AM Sullivan Law, LLC that Favors Anonymous Cases? Check them Out Here!" https://www.amz123.com/thread-718900.htm (Last Accessed: September 13, 2021), a certified translation of a true and correct copy of which is attached as Exhibit 3 – Part 7 to the Declaration of Sandy Zhuang.

12. SellerDefense is one of the most popular of these types of monitoring websites; however, there are many other websites and third-parties working to assist counterfeit sellers.

13. Another website that works to assist counterfeit sellers describes its services as "Cross border sellers are all here Find good services here." This website also monitors activity in this District, and posts any relevant information, alerting counterfeit sellers to the name and identity of Plaintiffs. See https://www.amz123.com/thread-721842.htm (Last Accessed: September 13, 2021), a certified translation of a true and correct copy of this thread is attached as Exhibit 3 – Part 5 to the Declaration of Sandy Zhuang.

14. Attached as Exhibit 3 – Part 5 to the Declaration of Sandy Zhuang, is a certified translation of a true and correct copy of the article titled: "Caution! Popular Cartoon Teenage Mutant Ninja Turtles to be Represented by AM Sullivan" See https://www.amz123.com/thread-721842.htm (Last Accessed: September 13, 2021).

15. Attached as Exhibit 3 – Part 6 to the Declaration of Sandy Zhuang, is a certified

translation of a true and correct copy of the following website, which was reached by searching the www.amz123.com website using the keywords "AM Sullivan." *See* https://www.amz123.com/search.htm?keyword=am%20sullivan (Last Accessed: September 13, 2021).

16. Attached as Exhibit 3 – Part 7 to the Declaration of Sandy Zhuang, is a certified translation of a true and correct copy of the following article, titled "What Brands Represented by AM Sullivan Law, LLC that Favors Anonymous Cases? Check them Out Here!" *See* https://www.amz123.com/thread-718900.htm (Last Accessed: September 13, 2021).

17. I personally visited the following websites on September 13, 2021, all of which offer the same or similar services to those offered by SellerDefense: https://www.egainnews.com/search?keyword=am+sullivan+law; http://www.away-sp.com/news2_681867.html; https://www.jiyikj.com/Article/Detail/630407613707714561; https://zhuanlan.zhihu.com/p/343784255; http://www.hanchenglawfirm.com/index.php?m=content&c=index&a=lists&catid=81; https://www.joogx.com/50552.html; https://www.cifnews.com/article/74995; https://www.sohu.com/a/365023628__190834; https://www.saibeiip.com/headline/information-d3395.html; http://www.haixiangkuajing.com/newsdetail_2659475.html.

18. If Plaintiff's identity is known in the lawsuit, based on my experience, Defendants will undertake activity designed to frustrate Plaintiff's efforts to prosecute this action and collect any potential judgment entered against the Defendants. This assertion is based upon Plaintiff's counsel's previous and current experience in cases involving analogous facts.

19. Specifically, such activity will likely include, without limitation, Defendants: (a) blocking access to their sites in the United States so that trademark-holders are unable to view the Defendants online postings and, therefore, unable to gather important evidence; (b) closing their Defendant Internet Stores and opening up new online stores with new registration and account

information in order to evade the action; and (c) transferring assets from their financial accounts, closing those accounts, and reopening new financial accounts so as to avoid asset restraints, leaving Plaintiff without remedy.

20. When accessing the articles and websites identified herein and attached hereto as exhibits, Google Translate was used to translate the content.

21. For these reasons, in the absence of the ability to proceed temporarily under a pseudonym, Defendants could and likely would move any assets from accounts in financial institutions subject to this Court's jurisdiction to offshore accounts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 18, 2021, at Chicago, Illinois.

/s/ *Ann Marie Sullivan*
Ann Marie Sullivan

**COUNSEL FOR PLAINTIFF**