UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWARD R. PRESSMAN FILM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO.: 1:21-CV-06135<br><br>FILED UNDER SEAL |

### SCHEDULE A TO THE AMENDED COMPLAINT

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 1 | Shop5796193 Store | aliexpress.com/store/5796193 |
| 2 | ^_^ Store | aliexpress.com/store/911423244 |
| 3 | 100 cotton t-shirts Store | aliexpress.com/store/911936217 |
| 4 | ARNOLD SCHWARZENEGGER Store | aliexpress.com/store/5422133 |
| 5 | Awesome Poster Store | aliexpress.com/store/911931822 |
| 6 | BADTASTE Store | aliexpress.com/store/911106017 |
| 7 | bienvenida Store | aliexpress.com/store/911794882 |
| 8 | Do Your Music Store | aliexpress.com/store/5636388 |
| 9 | exciting decor painting Store | aliexpress.com/store/912373815 |
| 10 | GGM03 Store | aliexpress.com/store/5604141 |
| 11 | Glaryyear decal Store | aliexpress.com/store/911928775 |
| 12 | GTT009 Store | aliexpress.com/store/5870329 |
| 13 | Hansome poster Store | aliexpress.com/store/912521480 |
| 14 | hei dong Store | aliexpress.com/store/5081480 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 15 | KK03 Store | aliexpress.com/store/912426288 |
| 16 | li xiao long Store | aliexpress.com/store/5075483 |
| 17 | MayFly Store | aliexpress.com/store/3521036 |
| 18 | McGrady Store | aliexpress.com/store/910981063 |
| 19 | Model Factory 888 Store | aliexpress.com/store/4979089 |
| 20 | Shop3670089 Store | aliexpress.com/store/3670089 |
| 21 | threeNN Store | aliexpress.com/store/912368862 |
| 22 | XM shirt Store | aliexpress.com/store/5031194 |
| 23 | Zororong No.3 Store | aliexpress.com/store/912267488 |
| 24 | anniversart | amazon.com/sp?seller=A17BDZ7UPP6AWW |
| 25 | Beahome | amazon.com/sp?seller=A1239EYD36UA7P |
| 26 | BQshare | amazon.com/sp?seller=A2ZRZXTB15MLR2 |
| 27 | Bravenca Store | amazon.com/sp?seller=A2D34T86CU9YFX |
| 28 | CAROYLAKHAY | amazon.com/sp?seller=A10GGYLO05GTV8 |
| 29 | carusobalvinadel | amazon.com/sp?seller=A3INDPSK114PJL |
| 30 | CavaniHuong | amazon.com/sp?seller=A3LTHDNI0J2AD2 |
| 31 | Chenlipingdianou | amazon.com/sp?seller=A1V3WRV1B7FQ2D |
| 32 | chenludedian | amazon.com/sp?seller=A3FL5842OD40O7 |
| 33 | chenyededianpu | amazon.com/sp?seller=A3QHCNZZOQ6A0U |
| 34 | CTYCHICO | amazon.com/s?me=A186IX09HWPNZL |
| 35 | Dandidang | amazon.com/sp?seller=A35O9DD6XNJJ2 |
| 36 | Dierdge | amazon.com/sp?seller=AJLR6XX51FPQW |
| 37 | Dog-g dog shop | amazon.com/sp?seller=A2MRENSTOQYW08 |
| 38 | dopoLcx | amazon.com/sp?seller=A3GHWXS0IU9AZ1 |
| 39 | DoubleDare Designs | amazon.com/sp?seller=A3CVQGOCEJC3QH |
| 40 | Family srt | amazon.com/sp?seller=A8ID1DQA1JY3H |
| 41 | FAwallart | amazon.com/sp?seller=A1IOOB4D40C3LV |
| 42 | fujianyoujun | amazon.com/sp?seller=A2D8ADAURRB46X |
| 43 | Funny_Cosmos | amazon.com/sp?seller=A3702EXAH9HHSA |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 44 | fuqingshiyinxijingdongchajudian | amazon.com/sp?seller=A1CGRCVHAKSWV1 |
| 45 | GSWN | amazon.com/sp?seller=A429CBYZZVRF5 |
| 46 | Guuge | amazon.com/sp?seller=A3FO9ES0HGA1DA |
| 47 | HEBAICHUAN | amazon.com/sp?seller=A2263U9T2XTQTW |
| 48 | Home Dcr | amazon.com/sp?seller=A25ZW36JXC11Z7 |
| 49 | HTDHRD | amazon.com/sp?seller=A3EF9GBQEQZCZA |
| 50 | IconicImages | amazon.com/sp?seller=AWINMUNX8WTB7 |
| 51 | IKEDA PERFORMANCE | amazon.com/sp?seller=A2M87M4EQQPHJP |
| 52 | Inna Trushina Store | amazon.com/sp?seller=A1QSWY1SAT6VUA |
| 53 | Innoglen_design | amazon.co.uk/sp?seller=A2XZ9VC4VYLKLF |
| 54 | Instajunction Ltd | amazon.co.uk/sp?seller=A34SAMXSD00OO3 |
| 55 | jennizheng | amazon.com/sp?seller=A2DX234Y5MDLE9 |
| 56 | John Collin | amazon.com/sp?seller=A3KZOOZ5SWKRK7 |
| 57 | JurgenTeeStore | amazon.com/s?me=A2WHFC0IBKMIHR |
| 58 | JWCDirect | amazon.com/sp?seller=A267IENZZ9T3DB |
| 59 | koujunmaoyiyouxiangongsi | amazon.com/sp?seller=ALKLQQPAYC97U |
| 60 | KUNFYQUAN | amazon.com/sp?seller=A35VYMGDIN9KA1 |
| 61 | lhzygongyi | amazon.com/sp?seller=A3IPZ4BXCTO3YQ |
| 62 | liangyuxin1 | amazon.com/sp?seller=A3HV2LL2FVQJVX |
| 63 | Lil Knight | amazon.com/sp?seller=A2J8OUNW52IHLP |
| 64 | linqinxiaodian | amazon.com/sp?seller=AYVQ40RS37C0 |
| 65 | linzhisheng | amazon.com/sp?seller=A12VUB2N5JPB1G |
| 66 | linzihuadiyidianpu | amazon.com/sp?seller=A3F4XWKSZ4VO3S |
| 67 | Little Shark | amazon.com/sp?seller=A2YOG3MHHAO0FZ |
| 68 | LIUQIANNB | amazon.com/sp?seller=A3BJ28GANS2AA0 |
| 69 | liushenkudedian | amazon.com/sp?seller=A2JP2ZS80RNSVD |
| 70 | lixinzhi651056320 | amazon.co.uk/sp?seller=A3SG0QVPIKHTKQ |
| 71 | LIYAOZHONG | amazon.com/sp?seller=A1YQQFDRCKNQ07 |
| 72 | Lukreative Design | amazon.co.uk/sp?seller=A3KYK9M3KT8OMT |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 73 | mugmart | amazon.co.uk/sp?seller=A6GIIN143HFDR |
| 74 | Nice Storea | amazon.com/sp?seller=A1QHIJOWUJQECO |
| 75 | Nice'sShop | amazon.com/sp?seller=A23BFMKS49TSAP |
| 76 | nikiwilliam | amazon.com/sp?seller=A34EKC1ALHAJZQ |
| 77 | Nywan | amazon.com/sp?seller=A29J49VS57HXH5 |
| 78 | OLIVKSON | amazon.com/sp?seller=A1GYVF1VWJXCIN |
| 79 | oulinggteel | amazon.com/sp?seller=A2G9K2DX3LGQ2D |
| 80 | Peterpoolans | amazon.com/s?me=A24LBW62ZLF1XE |
| 81 | Posternetic | amazon.com/sp?seller=A12W3ZB1KH2ZOW |
| 82 | PosterStudio | amazon.com/sp?seller=A2ECUQRCNA3ZQE |
| 83 | QDYXXWSMYXGS | amazon.com/sp?seller=A1O8RMSRKQEJR7 |
| 84 | RT art | amazon.com/sp?seller=A2U9M369VT9QCD |
| 85 | SANDUIU | amazon.com/s?me=A21BBNOPQF006R |
| 86 | Shenzhenshichengboshiyeyouxiangongsi | amazon.com/sp?seller=A2FIMQM68A0KSN |
| 87 | SqeLe poster | amazon.com/sp?seller=A3MZA37TO9IPJB |
| 88 | TAIFYJUAN | amazon.com/s?me=A38K3VQYF6V2FF |
| 89 | TheBestTheBest | amazon.com/sp?seller=A2QKAVCKFTM2K3 |
| 90 | tzdedian | amazon.com/sp?seller=A3L0R8QX0P6X6J |
| 91 | VOLTOL | amazon.com/sp?seller=A30M2W8484K0JG |
| 92 | WANG XIANGBIN 12 | amazon.com/sp?seller=AZENXERUPT09T |
| 93 | WeiShaShangMaoYouXianGongSi | amazon.com/sp?seller=A5DCS0KYL6HGI |
| 94 | Wlixdp | amazon.com/sp?seller=A2HVBT750RRWX5 |
| 95 | Wolfgang Hussein | amazon.com/sp?seller=A1W4I6GIB7N3AT |
| 96 | xdydedian | amazon.com/sp?seller=A17HSYBGAD0CZL |
| 97 | XFMAOYI | amazon.com/sp?seller=A3S30ION184NE5 |
| 98 | Xianyou County Bangtou Lin Yixin Clothing Store | amazon.com/sp?seller=A23EVEBPW0R19W |
| 99 | xianyoujiangminmaoyiyouxiangongsi | amazon.com/sp?seller=A2HOPA8PCUO6XW |
| 100 | xianyoutingshuoshangmaoyouxiangongsi | amazon.com/sp?seller=A1OZCM8TKAFI14 |
| 101 | xianyouxianbangtouzhenmaxintenglongfandian | amazon.com/sp?seller=A2Y1QR8D2F17NA |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 102 | xianyouxianbangtouzhenxiangzhugongyipinshanghang | amazon.com/sp?seller=A15YYG9166E5F0 |
| 103 | xinluoquzexiabaihuoshangxing | amazon.com/sp?seller=A28VQ2P3KE1U96 |
| 104 | ZhangJiaJieFuChaoGongChengYouXianGongSi | amazon.co.uk/sp?seller=A24Q7S1EKKXK0I |
| 105 | Zhenjin Art Museum | amazon.com/sp?seller=A1S49RZXESI0K7 |
| 106 | zhouhuidedian | amazon.com/sp?seller=A31MSWCT6YU7K0 |
| 107 | zhuangzhengjian | amazon.com/sp?seller=A150UOYJ9G6R4U |
| 108 | Zocoshi | amazon.com/sp?seller=A3EM0GQN6RPX3M |
| 109 | 小胡油画店 | amazon.com/sp?seller=AO2AVCDUCO7RW |
| 110 | 浩浩精品店 | amazon.com/sp?seller=A3U4ZQI5L80Q48 |
| 111 | 老胡的店 | amazon.com/sp?seller=A3Q7XX85YSB8QX |
| 112 | 胡伟伟DP | amazon.com/sp?seller=A3TY5PN1LRP6ZX |
| 113 | 7.us634 | ebay.com/usr/7.us634 |
| 114 | basedisplaystand | ebay.com/usr/basedisplaystand |
| 115 | boxartoncanvas | ebay.com/usr/boxartoncanvas |
| 116 | cantonshop | ebay.com/usr/cantonshop |
| 117 | canvas_shop | ebay.com/usr/canvas_shop |
| 118 | enginehead | ebay.com/usr/enginehead |
| 119 | funwallde992 | ebay.com/usr/funwallde992 |
| 120 | geekyprint | ebay.com/usr/geekyprint |
| 121 | genuineni52 | ebay.com/usr/genuineni52 |
| 122 | hamjam_prints | ebay.com/usr/hamjam_prints |
| 123 | helhu9879 | ebay.com/usr/helhu9879 |
| 124 | indigroovetees | ebay.com/usr/indigroovetees |
| 125 | kkan201077 | ebay.com/usr/kkan201077 |
| 126 | langlang4567han | ebay.com/usr/langlang4567han |
| 127 | lee2106 | ebay.com/usr/lee2106 |
| 128 | lukreativedesign | ebay.com/usr/lukreativedesign |
| 129 | movie_mugs | ebay.com/usr/movie_mugs |
| 130 | moviemaniaz | ebay.com/usr/moviemaniaz |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 131 | perfectly-printed | ebay.com/usr/perfectly-printed |
| 132 | print.kr2 | ebay.com/usr/print.kr2 |
| 133 | sblackwell19 | ebay.com/usr/sblackwell19 |
| 134 | stawamus-chief | ebay.com/usr/stawamus-chief |
| 135 | stitchmeup | ebay.com/usr/stitchmeup |
| 136 | zhuhomeart | ebay.com/usr/zhuhomeart |
| 137 | spartan118 | spartan118.ecrater.com |
| 138 | BarkodConcept | etsy.com/uk/shop/BarkodConcept |
| 139 | HAMJAMprints | etsy.com/uk/shop/HAMJAMprints |
| 140 | JoeDigitalUK | etsy.com/uk/shop/JoeDigitalUK |
| 141 | JotsandJoy | etsy.com/uk/shop/JotsandJoy |
| 142 | NancysJars | etsy.com/uk/shop/NancysJars |
| 143 | PopArtbyKS | etsy.com/shop/PopArtbyKS |
| 144 | ShopofNostalgia | etsy.com/uk/shop/ShopofNostalgia |
| 145 | WeLoveMoviePosters | etsy.com/uk/shop/WeLoveMoviePosters |
| 146 | 2015superstore | wish.com/merchant/5684e1535f897c26ed4ebd11 |
| 147 | 2016superstore | wish.com/merchant/56f3e45038ac2558b83dd0f3 |
| 148 | 2017 World First T-shirt | wish.com/merchant/58a97e57122bea506a5a7d65 |
| 149 | 2017happystore | wish.com/merchant/582a930696db2641f0210737 |
| 150 | Aelfric Eden Store | wish.com/merchant/58a989d3c78c7751a4c47075 |
| 151 | Catshop.vicky | wish.com/merchant/5f73d18ade6a5337a8ce3c55 |
| 152 | chenqiong929 | wish.com/merchant/5909ada571a2f238d00f4de8 |
| 153 | dongliang1343 | wish.com/merchant/603f0c91ad1ffc2fee169d5f |
| 154 | Fashion shop 2016 | wish.com/merchant/570f16fba995b51a5c24c291 |
| 155 | FFFEE6E6 | wish.com/merchant/5e9b0e16da2ff200904362aa |
| 156 | happy hong | wish.com/merchant/5b51839ab419d51c086c64cb |
| 157 | Helena Lease | wish.com/merchant/5f5339037e6d44a12611c3ce |
| 158 | jiaojiaobaobei | wish.com/merchant/58a4146eb4075352ec239fc7 |
| 159 | latherometers | wish.com/merchant/5fe247cd2cbf23fb1830d425 |

6

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 160 | liuankang6092 | wish.com/merchant/5e7999f0a7072007826a1d85 |
| 161 | lvmeng fashion | wish.com/merchant/541acaec82b9ac25dee77533 |
| 162 | mali fashion | wish.com/merchant/54158498f8abc879897735eb |
| 163 | mayuonnan | wish.com/merchant/5f6c4a682ef0bd59eee71f2f |
| 164 | Meiziyichu wuxi | wish.com/merchant/5b729189757eed13ac8a4f7a |
| 165 | n3n36 | wish.com/merchant/5e92c9b51a25ab6624b76a55 |
| 166 | RazKek | wish.com/merchant/5fe302efa4129000499d620c |
| 167 | ri99a | wish.com/merchant/5e9465b16dc9798dc01b161b |
| 168 | shenzhenshiyixinghetouzifazhanyouxiangongsi | wish.com/merchant/55e7cdfefd764525eb3f65ea |
| 169 | wangjiaxin23 | wish.com/merchant/5ffeb87bdcbc050bc7d36e9b |
| 170 | wangrui645785 | wish.com/merchant/5fbb2dd08ec64a1c7a4e4498 |
| 171 | zhangjun890218 | wish.com/merchant/60471022a3291c0611557af0 |
| 172 | zhangxuza | wish.com/merchant/58c7a1ca9c7e87504fb284de |
| 173 | zhangyang8828 | wish.com/merchant/5e8da54464a6406606468f3f |