# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EDWARD R. PRESSMAN FILM CORPORATION, <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:21-CV-06135 <br><br> JUDGE VIRGINIA M. KENDALL <br><br> MAGISTRATE JUDGE SHEILA M. FINNEGAN |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the following Defendants identified on Schedule A:

| NO. | DEFENDANT |
|---|---|
| 58 | JWCDirect |
| 63 | Lil Knight |
| 105 | Zhenjin Art Museum |
| 122 | hamjam_prints |
| 138 | BarkodConcept |
| 139 | HAMJAMprints |
| 142 | NancysJars |
| 149 | 2017happystore |
| 150 | Aelfric Eden Store |
| 168 | shenzhenshiyixinghetouzifazhanyouxiangongsi |

Dated:     December 29, 2021          Respectfully submitted,

*/s/ Alison Carter*
Ann Marie Sullivan
Alison Carter
Sofia Quezada
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: akc@amsullivanlaw.com
***ATTORNEYS FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 29, 2021 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Alison Carter*
Alison Carter