UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWARD R. PRESSMAN FILM CORPORATION,<br><br>PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO.: 1:21-CV-06135<br><br>JUDGE VIRGINIA M. KENDALL<br><br>MAGISTRATE JUDGE SHEILA M. FINNEGAN |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, with leave to reinstate within one hundred and eighty (180) days, as to the following Defendants identified on Schedule A:

| NO. | DEFENDANT |
|---|---|
| 8 | Do Your Music Store |
| 9 | Exciting decor painting Store |
| 18 | McGrady Store |
| 37 | Dog-g dog shop |
| 38 | dopoLcx |
| 43 | Funny_Cosmos |
| 78 | OLIVKSON |
| 91 | VOLTOL |
| 108 | Zocoshi |

Dated: February 1, 2022

Respectfully submitted,

*/s/ Sofia Quezada*
Ann Marie Sullivan
Alison Carter
Sofia Quezada
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
E-mail: sjq@amsullivanlaw.com
***ATTORNEYS FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 1, 2022 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                   */s/ Sofia Quezada*
                                                   Sofia Quezada