UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWARD R. PRESSMAN FILM CORPORATION, | |
| PLAINTIFF, | CASE NO.: 1:21-CV-06135 |
| V. | JUDGE VIRGINIA M. KENDALL |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | MAGISTRATE JUDGE SHEILA M. FINNEGAN |
| DEFENDANTS. | |

## FINAL JUDGMENT ORDER

This action, having been commenced by Edward R. Pressman Film Corporation ("Pressman" or "Plaintiff") against the Defendants identified on the Schedule A to the Complaint, and using the online marketplace accounts (also referred to as the "Defendant Internet Stores" or "Seller Aliases"), and Pressman, having moved for entry of Default and Default Judgment against the Defendants identified on the Amended Schedule A, attached hereto;

This Court, having entered upon a showing by Pressman, a Temporary Restraining Order and Preliminary Injunction against Defaulting Defendants, which included an asset restraining order;

Pressman, having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and,

1

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defaulting Defendants, since the Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. In the context of similar cases, ". . . a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its counterfeit goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016). In the present case, Plaintiff has presented screenshot evidence that each Defaulting Defendant Internet Store is reaching out to do business with Illinois residents, by operating one or more commercial, interactive Internet Stores, through which Illinois residents can and do purchase products using counterfeit versions of Plaintiff's Works (the "Counterfeit/Infringing Products"). [See Docket No. [12], which includes screenshot evidence, confirming that each Defaulting Defendant Internet Store does stand ready, willing, and able to ship the counterfeit goods to customers in Illinois, and the goods of which bear infringing and/or counterfeit versions of the American Psycho Copyrights, identified in Exhibit 1 attached to the Complaint.]

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful copyright infringement, pursuant to 17 U.S.C. § 504(c), and for violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.);

IT IS HEREBY ORDERED that Edward R. Pressman Film Corporation's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default, and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the American Psycho Copyrights, or any reproductions, counterfeit copies, or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine American Psycho Product or not authorized by Pressman to be sold in connection with the American Psycho Copyrights;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine American Psycho Product or any other product produced by Pressman, that is not Pressman's or not produced under the authorization, control or supervision of Pressman and approved by Pressman, for sale under the American Psycho Copyrights;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Pressman, or are sponsored by, approved by, or otherwise connected with Pressman;

   d. further infringing the American Psycho Copyrights and damaging Pressman's goodwill;

   e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory

        not manufactured by or for Pressman, nor authorized by Pressman to be sold or offered for sale, and which bear any of the American Psycho Copyrights, or any reproductions, counterfeit copies or colorable imitations thereof;

    f.  using, linking to, transferring, selling, exercising control over, or otherwise owning the online marketplace accounts, or any other domain name or online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell Counterfeit/Infringing Products; and,

    g.  operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the American Psycho Copyrights, or any reproductions, counterfeit copies, or colorable imitations thereof, that is not a genuine American Psycho Product, or not authorized by Pressman to be sold in connection with the American Psycho Copyrights.

2.    Those in privity with Defaulting Defendants, and with actual notice of this Order, including any third party marketplaces such as ContextLogic, Inc. ("WISH"), eBay, Inc. ("eBay"), Amazon, Inc. ("Amazon"), Etsy, Inc. ("Etsy"), Ecrater, and Alibaba Group Holding Ltd., Alipay.com Co., Ltd., AliExpress.com and any related Alibaba entities (collectively, the "Online Marketplaces"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, shall within five (5) business days of receipt of this Order:

    a.  disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the American Psycho Copyrights, including any accounts associated with the Defaulting Defendants listed on Schedule A;

    b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the American Psycho Copyrights; and

    c. take all steps necessary to prevent links to the Seller Aliases identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Seller Aliases from any search index.

3. Pursuant to 17 U.S.C. § 504(c)(2), Pressman is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful copyright infringement of the American Psycho Copyrights. The one hundred thousand dollar ($100,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple Seller Aliases on the Schedule A.

4. PayPal, Inc. ("PayPal"), Alipay US, Inc. ("Alipay"), Wish, eBay, Amazon, Etsy (collectively, the "Payment Processors"), and the Online Marketplaces, or any other third party marketplace or payment processor in privity with Defendants, shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts or websites, from transferring or disposing of any money or other of Defaulting Defendants' assets.

5. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by the Payment Processors, are hereby released to Pressman as partial payment of the above-identified damages, and the Payment Processors are ordered to release to Pressman the amounts from Defaulting Defendants' financial accounts within five (5) business days of receipt of this Order.

6.  Until Pressman has recovered full payment of monies owed to it by any Defaulting Defendant, Pressman shall have the ongoing authority to serve this Order on the Online Marketplaces and Payment Processors, as well as any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers"), in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Online Marketplaces, Payment Processors, and Financial Service Providers, shall within five (5) business days:

    a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts or Defaulting Defendants' websites;

    b. Restrain and enjoin such accounts or funds that are based internationally, from transferring or disposing of any money or other assets of Defaulting Defendants; and,

    c. Release all monies restrained in Defaulting Defendants' accounts to Pressman, as partial payment of the above-identified damages.

    d. Upon Plaintiff's request, the Internet marketplace website operators and/or administrators for the Seller Aliases shall disable and/or cease facilitating access to the Seller Aliases, including any other online marketplace accounts or seller alias names identified and/or being used and/or controlled by Defaulting Defendants to engage in the business of marketing, offering to sell, and/or selling goods bearing and/or using counterfeits and infringements of Plaintiff's American Psycho Copyrights.

7.  In the event that Pressman identifies any additional online marketplace accounts, domain names, third-party payment processors, and/or financial accounts owned by Defaulting Defendants, Pressman may send notice of any supplemental proceeding to Defaulting

      Defendants by e-mail at the e-mail addresses originally identified and served, and any e-mail addresses provided for Defaulting Defendants by third parties.

8. The bond posted by Plaintiff in the amount of $10,000.00 is hereby ordered released by the Clerk to Plaintiff or Plaintiff's counsel.

This is a Final Judgment.

Dated: February 4, 2021

                                                                         _____
                                              United States District Court Judge Virginia M. Kendall

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWARD R. PRESSMAN FILM CORPORATION,<br><br>PLAINTIFF,<br><br>V.<br><br>SHOP5796193 STORE, ET AL.,<br><br>DEFENDANTS. | CASE NO.: 1:21-CV-06135<br><br>JUDGE VIRGINIA M. KENDALL<br><br>MAGISTRATE JUDGE SHEILA M. FINNEGAN |

## SCHEDULE A TO THE AMENDED COMPLAINT

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 1 | Shop5796193 Store | aliexpress.com/store/5796193 |
| 2 | ^_^ Store | aliexpress.com/store/911423244 |
| 3 | 100 cotton t-shirts Store | aliexpress.com/store/911936217 |
| 4 | ARNOLD SCHWARZENEGGER Store | aliexpress.com/store/5422133 |
| 5 | Awesome Poster Store | aliexpress.com/store/911931822 |
| 6 | BADTASTE Store | aliexpress.com/store/911106017 |
| 7 | bienvenida Store | aliexpress.com/store/911794882 |
| 8 | **DISMISSED** | |
| 9 | **DISMISSED** | |
| 10 | GGM03 Store | aliexpress.com/store/5604141 |
| 11 | Glaryyear decal Store | aliexpress.com/store/911928775 |
| 12 | GTT009 Store | aliexpress.com/store/5870329 |
| 13 | Hansome poster Store | aliexpress.com/store/912521480 |
| 14 | hei dong Store | aliexpress.com/store/5081480 |
| 15 | KK03 Store | aliexpress.com/store/912426288 |
| 16 | li xiao long Store | aliexpress.com/store/5075483 |
| 17 | MayFly Store | aliexpress.com/store/3521036 |

1

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 18 | Dismissed | |
| 19 | Model Factory 888 Store | aliexpress.com/store/4979089 |
| 20 | Shop3670089 Store | aliexpress.com/store/3670089 |
| 21 | threeNN Store | aliexpress.com/store/912368862 |
| 22 | XM shirt Store | aliexpress.com/store/5031194 |
| 23 | Zororong No.3 Store | aliexpress.com/store/912267488 |
| 24 | anniversart | amazon.com/sp?seller=A17BDZ7UPP6AWW |
| 25 | Beahome | amazon.com/sp?seller=A1239EYD36UA7P |
| 26 | BQshare | amazon.com/sp?seller=A2ZRZXTB15MLR2 |
| 27 | Bravenca Store | amazon.com/sp?seller=A2D34T86CU9YFX |
| 28 | CAROYLAKHAY | amazon.com/sp?seller=A10GGYLO05GTV8 |
| 29 | carusobalvinadel | amazon.com/sp?seller=A3INDPSK114PJL |
| 30 | CavaniHuong | amazon.com/sp?seller=A3LTHDNI0J2AD2 |
| 31 | Chenlipingdianou | amazon.com/sp?seller=A1V3WRV1B7FQ2D |
| 32 | chenludedian | amazon.com/sp?seller=A3FL5842OD40O7 |
| 33 | chenyededianpu | amazon.com/sp?seller=A3QHCNZZOQ6A0U |
| 34 | CTYCHICO | amazon.com/s?me=A186IX09HWPNZL |
| 35 | Dandidang | amazon.com/sp?seller=A35O9DD6XNJJ2 |
| 36 | Dierdge | amazon.com/sp?seller=AJLR6XX51FPQW |
| 37 | Dismissed | |
| 38 | Dismissed | |
| 39 | Dismissed | |
| 40 | Family srt | amazon.com/sp?seller=A8ID1DQA1JY3H |
| 41 | FAwallart | amazon.com/sp?seller=A1IOOB4D40C3LV |
| 42 | fujianyoujun | amazon.com/sp?seller=A2D8ADAURRB46X |
| 43 | Dismissed | |
| 44 | fuqingshiyinxijingdongchajudian | amazon.com/sp?seller=A1CGRCVHAKSWV1 |
| 45 | GSWN | amazon.com/sp?seller=A429CBYZZVRF5 |
| 46 | Guuge | amazon.com/sp?seller=A3FO9ES0HGA1DA |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 47 | HEBAICHUAN | amazon.com/sp?seller=A2263U9T2XTQTW |
| 48 | Home Dcr | amazon.com/sp?seller=A25ZW36JXC11Z7 |
| 49 | HTDHRD | amazon.com/sp?seller=A3EF9GBQEQZCZA |
| 50 | Dismissed | |
| 51 | IKEDA PERFORMANCE | amazon.com/sp?seller=A2M87M4EQQPHJP |
| 52 | Inna Trushina Store | amazon.com/sp?seller=A1QSWY1SAT6VUA |
| 53 | Innoglen_design | amazon.co.uk/sp?seller=A2XZ9VC4VYLKLF |
| 54 | Instajunction Ltd | amazon.co.uk/sp?seller=A34SAMXSD00OO3 |
| 55 | jennizheng | amazon.com/sp?seller=A2DX234Y5MDLE9 |
| 56 | John Collin | amazon.com/sp?seller=A3KZOOZ5SWKRK7 |
| 57 | JurgenTeeStore | amazon.com/s?me=A2WHFC0IBKMIHR |
| 58 | Dismissed | |
| 59 | koujunmaoyiyouxiangongsi | amazon.com/sp?seller=ALKLQQPAYC97U |
| 60 | KUNFYQUAN | amazon.com/sp?seller=A35VYMGDIN9KA1 |
| 61 | lhzygongyi | amazon.com/sp?seller=A3IPZ4BXCTO3YQ |
| 62 | liangyuxin1 | amazon.com/sp?seller=A3HV2LL2FVQJVX |
| 63 | Dismissed | |
| 64 | linqinxiaodian | amazon.com/sp?seller=AYVQ40RS37C0 |
| 65 | linzhisheng | amazon.com/sp?seller=A12VUB2N5JPB1G |
| 66 | linzihuadiyidianpu | amazon.com/sp?seller=A3F4XWKSZ4VO3S |
| 67 | Little Shark | amazon.com/sp?seller=A2YOG3MHHAO0FZ |
| 68 | LIUQIANNB | amazon.com/sp?seller=A3BJ28GANS2AA0 |
| 69 | liushenkudedian | amazon.com/sp?seller=A2JP2ZS80RNSVD |
| 70 | lixinzhi651056320 | amazon.co.uk/sp?seller=A3SG0QVPIKHTKQ |
| 71 | LIYAOZHONG | amazon.com/sp?seller=A1YQQFDRCKNQ07 |
| 72 | Lukreative Design | amazon.co.uk/sp?seller=A3KYK9M3KT8OMT |
| 73 | mugmart | amazon.co.uk/sp?seller=A6GIIN143HFDR |
| 74 | Nice Storea | amazon.com/sp?seller=A1QHIJOWUJQECO |
| 75 | Nice'sShop | amazon.com/sp?seller=A23BFMKS49TSAP |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 76 | nikiwilliam | amazon.com/sp?seller=A34EKC1ALHAJZQ |
| 77 | Nywan | amazon.com/sp?seller=A29J49VS57HXH5 |
| 78 | Dismissed | |
| 79 | oulinggteel | amazon.com/sp?seller=A2G9K2DX3LGQ2D |
| 80 | Peterpoolans | amazon.com/s?me=A24LBW62ZLF1XE |
| 81 | Posternetic | amazon.com/sp?seller=A12W3ZB1KH2ZOW |
| 82 | PosterStudio | amazon.com/sp?seller=A2ECUQRCNA3ZQE |
| 83 | QDYXXWSMYXGS | amazon.com/sp?seller=A1O8RMSRKQEJR7 |
| 84 | RT art | amazon.com/sp?seller=A2U9M369VT9QCD |
| 85 | SANDUIU | amazon.com/s?me=A21BBNOPQF006R |
| 86 | Shenzhenshichengboshiyeyouxiangongsi | amazon.com/sp?seller=A2FIMQM68A0KSN |
| 87 | SqeLe poster | amazon.com/sp?seller=A3MZA37TO9IPJB |
| 88 | TAIFYJUAN | amazon.com/s?me=A38K3VQYF6V2FF |
| 89 | TheBestTheBest | amazon.com/sp?seller=A2QKAVCKFTM2K3 |
| 90 | tzdedian | amazon.com/sp?seller=A3L0R8QX0P6X6J |
| 91 | Dismissed | |
| 92 | WANG XIANGBIN 12 | amazon.com/sp?seller=AZENXERUPT09T |
| 93 | WeiShaShangMaoYouXianGongSi | amazon.com/sp?seller=A5DCS0KYL6HGI |
| 94 | Wlixdp | amazon.com/sp?seller=A2HVBT750RRWX5 |
| 95 | Wolfgang Hussein | amazon.com/sp?seller=A1W4I6GIB7N3AT |
| 96 | xdydedian | amazon.com/sp?seller=A17HSYBGAD0CZL |
| 97 | XFMAOYI | amazon.com/sp?seller=A3S30ION184NE5 |
| 98 | Xianyou County Bangtou Lin Yixin Clothing Store | amazon.com/sp?seller=A23EVEBPW0R19W |
| 99 | xianyoujiangminmaoyiyouxiangongsi | amazon.com/sp?seller=A2HOPA8PCUO6XW |
| 100 | xianyoutingshuoshangmaoyouxiangongsi | amazon.com/sp?seller=A1OZCM8TKAFI14 |
| 101 | xianyouxianbangtouzhenmaxintenglongfandian | amazon.com/sp?seller=A2Y1QR8D2F17NA |
| 102 | xianyouxianbangtouzhenxiangzhugongyipinshanghang | amazon.com/sp?seller=A15YYG9166E5F0 |
| 103 | xinluoquzexiabaihuoshangxing | amazon.com/sp?seller=A28VQ2P3KE1U96 |
| 104 | ZhangJiaJieFuChaoGongChengYouXianGongSi | amazon.co.uk/sp?seller=A24Q7S1EKKXK0I |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 105 | Dismissed | |
| 106 | zhouhuidedian | amazon.com/sp?seller=A31MSWCT6YU7K0 |
| 107 | zhuangzhengjian | amazon.com/sp?seller=A150UOYJ9G6R4U |
| 108 | Dismissed | |
| 109 | 小胡油画店 | amazon.com/sp?seller=AO2AVCDUCO7RW |
| 110 | 浩浩精品店 | amazon.com/sp?seller=A3U4ZQI5L80Q48 |
| 111 | 老胡的店 | amazon.com/sp?seller=A3Q7XX85YSB8QX |
| 112 | 胡伟伟DP | amazon.com/sp?seller=A3TY5PN1LRP6ZX |
| 113 | Dismissed | |
| 114 | basedisplaystand | ebay.com/usr/basedisplaystand |
| 115 | boxartoncanvas | ebay.com/usr/boxartoncanvas |
| 116 | cantonshop | ebay.com/usr/cantonshop |
| 117 | canvas_shop | ebay.com/usr/canvas_shop |
| 118 | enginehead | ebay.com/usr/enginehead |
| 119 | funwallde992 | ebay.com/usr/funwallde992 |
| 120 | Dismissed | |
| 121 | genuineni52 | ebay.com/usr/genuineni52 |
| 122 | Dismissed | |
| 123 | helhu9879 | ebay.com/usr/helhu9879 |
| 124 | indigroovetees | ebay.com/usr/indigroovetees |
| 125 | kkan201077 | ebay.com/usr/kkan201077 |
| 126 | langlang4567han | ebay.com/usr/langlang4567han |
| 127 | lee2106 | ebay.com/usr/lee2106 |
| 128 | lukreativedesign | ebay.com/usr/lukreativedesign |
| 129 | movie_mugs | ebay.com/usr/movie_mugs |
| 130 | moviemaniaz | ebay.com/usr/moviemaniaz |
| 131 | perfectly-printed | ebay.com/usr/perfectly-printed |
| 132 | print.kr2 | ebay.com/usr/print.kr2 |
| 133 | sblackwell19 | ebay.com/usr/sblackwell19 |

5

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 134 | stawamus-chief | ebay.com/usr/stawamus-chief |
| 135 | stitchmeup | ebay.com/usr/stitchmeup |
| 136 | zhuhomeart | ebay.com/usr/zhuhomeart |
| 137 | Dismissed | |
| 138 | Dismissed | |
| 139 | Dismissed | |
| 140 | JoeDigitalUK | etsy.com/uk/shop/JoeDigitalUK |
| 141 | JotsandJoy | etsy.com/uk/shop/JotsandJoy |
| 142 | Dismissed | |
| 143 | PopArtbyKS | etsy.com/shop/PopArtbyKS |
| 144 | ShopofNostalgia | etsy.com/uk/shop/ShopofNostalgia |
| 145 | WeLoveMoviePosters | etsy.com/uk/shop/WeLoveMoviePosters |
| 146 | 2015superstore | wish.com/merchant/5684e1535f897c26ed4ebd11 |
| 147 | 2016superstore | wish.com/merchant/56f3e45038ac2558b83dd0f3 |
| 148 | 2017 World First T-shirt | wish.com/merchant/58a97e57122bea506a5a7d65 |
| 149 | Dismissed | |
| 150 | Dismissed | |
| 151 | Catshop.vicky | wish.com/merchant/5f73d18ade6a5337a8ce3c55 |
| 152 | chenqiong929 | wish.com/merchant/5909ada571a2f238d00f4de8 |
| 153 | dongliang1343 | wish.com/merchant/603f0c91ad1ffc2fee169d5f |
| 154 | Fashion shop 2016 | wish.com/merchant/570f16fba995b51a5c24c291 |
| 155 | FFFEE6E6 | wish.com/merchant/5e9b0e16da2ff200904362aa |
| 156 | happy hong | wish.com/merchant/5b51839ab419d51c086c64cb |
| 157 | Helena Lease | wish.com/merchant/5f5339037e6d44a12611c3ce |
| 158 | jiaojiaobaobei | wish.com/merchant/58a4146eb4075352ec239fc7 |
| 159 | latherometers | wish.com/merchant/5fe247cd2cbf23fb1830d425 |
| 160 | liuankang6092 | wish.com/merchant/5e7999f0a7072007826a1d85 |
| 161 | lvmeng fashion | wish.com/merchant/541acaec82b9ac25dee77533 |
| 162 | mali fashion | wish.com/merchant/54158498f8abc879897735eb |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 163 | mayuonnan | wish.com/merchant/5f6c4a682ef0bd59eee71f2f |
| 164 | Meiziyichu wuxi | wish.com/merchant/5b729189757eed13ac8a4f7a |
| 165 | n3n36 | wish.com/merchant/5e92c9b51a25ab6624b76a55 |
| 166 | RazKek | wish.com/merchant/5fe302efa4129000499d620c |
| 167 | ri99a | wish.com/merchant/5e9465b16dc9798dc01b161b |
| 168 | Dismissed | |
| 169 | wangjiaxin23 | wish.com/merchant/5ffeb87bdcbc050bc7d36e9b |
| 170 | wangrui645785 | wish.com/merchant/5fbb2dd08ec64a1c7a4e4498 |
| 171 | zhangjun890218 | wish.com/merchant/60471022a3291c0611557af0 |
| 172 | zhangxuza | wish.com/merchant/58c7a1ca9c7e87504fb284de |
| 173 | zhangyang8828 | wish.com/merchant/5e8da54464a6406606468f3f |